

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellee's motion to dismiss this appeal for want of jurisdiction is carried with the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court